# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PATRICIA ANN CABRERA,**

      **Plaintiff,**

**v.**                                                                      **Case No:   6:11-cv-1811-Orl-22GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee (Doc. No. 30) filed on June 18, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 30, 2015 (Doc. No. 31), is ADOPTED and CONFIRMED and made a part of this Order.

2. Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee is hereby GRANTED.

3. Richard A. Culbertson is hereby authorized to charge and collect from Plaintiff the sum of $8,369.39 in §406(b) fees.

**DONE** and **ORDERED** in Orlando, Florida on July 20, 2015.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties